No. 98–809. DeCuir v. County of Los Angeles et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–816. Billington v. Angelone, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 98–823. Leslie et ux. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.

No. 98–838. Polanco v. United States. C. A. 2d Cir. Certiorari denied.

No. 98–841. Coleman v. United States. C. A. 7th Cir. Certiorari denied.

No. 98–843. Maryland v. Walker. Ct. Sp. App. Md. Certiorari denied.

No. 98–844. Mascheroni v. Regents of the University of California et al. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–845. Jimenez Aragon v. United States. C. A. 5th Cir. Certiorari denied.

No. 98–847. Liddle & Robinson, L. L. P. v. Kidder, Peabody & Co., Inc. C. A. D. C. Cir. Certiorari denied.

No. 98–848. Smith v. United States. C. A. 9th Cir. Certiorari denied.

No. 98–849. Lucarelli v. West, Secretary of Veterans Affairs, et al. C. A. D. C. Cir. Certiorari denied.

No. 98–855. Blue Cross & Blue Shield United of Wisconsin v. Marshfield Clinic et al. C. A. 7th Cir. Certiorari denied.

No. 98–857. Weslin et al. v. United States. C. A. 2d Cir. Certiorari denied.

No. 98–860. Minix v. Kentucky et al. Ct. App. Ky. Certiorari denied.